UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-22467-KMW

DOUG LONGHINI,

    Plaintiff,

v.

2712 NW 95th STREET, LLC, et al.

    Defendant.
_____/

## MEDIATOR'S REPORT

Daniel T. Feld, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **January 15, 2021 @ 10:00 A.M.**

__✓__ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

_____ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, then this matter shall be deemed at an impasse.

_____ Other: _____

_____

Daniel T. Feld, Esq., Florida Bar No.: 0037013
MF#: DF-9662