**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-22467-KMW

DOUG LONGHINI,

      Plaintiff,

v.

2712 NW 95TH STREET, LLC, and
YNDI FOOD INC.,

      Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DOUG LONGHINI, and Defendant, 2712 NW 95TH STREET, LLC, and YNDI FOOD INC., having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Dated: February 3, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/Carmen Rodriguez |
| ANTHONY J. PEREZ | CARMEN RODRIGUEZ |
| Florida Bar No. 535451 | Florida Bar No. 710385 |
| GARCIA-MENOCAL & PEREZ, P.L. | LAW OFFICES OF CARMEN RODRIGUEZ, P.A. |
| 4937 SW 74th Court, No. 3 | Palmetto Bay Centre |
| Miami, Florida 33155 | 15715 South Dixie Highway, Suite 411 |
| E-Mail: ajperezlaw@gmail.com; aquezada@lawgmp.com | Palmetto Bay, Florida 33157-1884 |
| Telephone: (305)553-3464 | E-Mail: crpa@crlaborlawfirm.com |
| Facsimile: (305) 553-3031 | Telephone: (305) 254-6101 |
| *Attorney for Plaintiff* | Facsimile: (305) 254-6048 |
| | *Attorney for Defendant* |